UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20480-SCOLA/TORRES

UNITED STATES OF AMERICA,

vs.

MICHAEL PALOMINO,

        Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida ("this Office") and Michael Palomino (hereinafter referred to as the "defendant") agree that had this case proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, pertaining to a violation of Title 21, United States Code, Section 846, which occurred in the Southern District of Florida.

1. That the Defendant, on or about May 28, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, did conspire to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846. This drug-distribution conspiracy involved 50 grams or more of methamphetamine.

2. On or about May 28, 2019, the Defendant agreed via telephone calls and text messages to sell Andres Acea two ounces of Methamphetamine for $1,000.00. The Defendant and Andres Acea arranged to meet in the parking lot of a Dollar Tree store located at 7801 NW 95th Street, Hialeah Gardens, FL

33016, in order for the defendant to sell Andres Acea the two ounces of Methamphetamine.

3. On or about May 28, 2019, the Defendant met with Andres Acea in the parking lot of a Dollar Tree store located at 7801 NW 95th Street, Hialeah Gardens, FL 33016 and provided Andres Acea approximately two ounces of Methamphetamine, and waited for Andres Acea to sell the methamphetamine to a third individual.

4. Law enforcement intercepted the Defendant in the parking lot of the Dollar Tree store and intercepted Andres Acea who was in possession of approximately two ounces of Methamphetamine provided to him by the Defendant.

5. A laboratory analysis of the Methamphetamine recovered from the Defendant showed that the two ounces of Methamphetamine the Defendant obtained was Methamphetamine Hydrochloride with a purity of the drugs of approximately 98 percent pure.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Count 1 of the Indictment beyond a reasonable doubt.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/7/19    By: _____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 10-7-19    By: _____
ALBERT LEVIN
ATTORNEY FOR DEFENDANT

Date: 10-7-19    By: _____
MICHAEL PALOMINO
DEFENDANT